AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SHAUN TODD

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1009-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 16, 2000** in **Middlesex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense) take and carry away, with intent to steal or purloin, property exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of any bank,

in violation of Title **18** United States Code, Section(s) **2113(b) and 2**.

I further state that I am a(n) **Special Agent, FBI** and that this complaint is based on the following

Official Title

facts:

See attached affidavit of FBI Special Agent Todd I. Richards.

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

3/5/04                                at          Boston, Massachusetts
Date                                                  City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE                _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.