AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

### v.

SHAUN TODD

# WARRANT FOR ARREST

CASE NUMBER: 04M-1009-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          SHAUN TODD

                                                            Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
taking more than $1,000 from a bank

in violation of
Title          18          United States Code, Section(s)  2113 and 2

JUDITH GAIL DEIN
Name of Issuing Officer

*Judith Gail Dein*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

3/5/04   Boston, MA
Date and Location

Bail fixed at $ _____   by _____

                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

WARRANT EXECUTED BY FBI - NH
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/9/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.