# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

March 9, 2004

Tony Anastas, Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA   02210

Re:   NH Case No.:   04-25M-01, USA  v.  Shaun Todd
       Your Case No.:   04M-1009-JED

The above case has been transferred to your jurisdiction pursuant to Fed. R. Crim. P. Rule 5.

We enclose the following items:

        certified copy of the docket sheet
        original file
        copies of file documents - Courtroom minutes

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,

James R. Starr, Clerk

By: Janice G. Bushold
       Janice G. Bushold
       Deputy Clerk

Enclosures

cc:   Scott F. Gleason, Esq.
      William Morse, Esq.
      US Marshal
      US Probation