UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| SHAUN TODD ) | CR. NO. 04M-1009-JGD |
| ) | |

### ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the probable cause hearing in this matter, presently scheduled for March 29, 2004, for a period of at least four weeks to accommodate counsels' schedules and to provide the parties with the opportunity to discuss issues relating to the case and its potential resolution.

                                  Respectfully submitted,
                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                              BY: /s/ Donald L. Cabell
                                  Donald L. Cabell
                                  Assistant U.S. Attorney
                                  One Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3105

March 25, 2004

## CERTIFICATE OF SERVICE

Suffolk, ss.                                              Boston, Massachusetts
                                                          March 25, 2004

I hereby certify that I served a copy of the foregoing pleading this day on counsel for the defendant, Scott F. Gleason, 163 Merrimack, Haverhill, MA 01830.

/s/ Donald L. Cabell
_____
DONALD L. CABELL
Assistant U.S. Attorney