A1

AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

Shaun Todd

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04M-1009-JGD

I, __Shaun Todd__, charged in a ☒ complaint ☐ petition

pending in this District __of Massachusetts__

in violation of __Title 18__, U.S.C., __Sections 2113-02__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_____
Defendant

6/17/04
Date

_____
Counsel for Defendant